**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ROBIN BLACK**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**FIRST IMPRESSION INTERACTIVE, INC.; JEFFREY GILES; and DALE BROWN**,<br>Defendants. | Case No. 1:21-cv-03745<br><br>Honorable Thomas M. Durkin<br>Magistrate Judge Shiela M. Finnegan |

**DEFENDANTS'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY AND SET A BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**

Defendants First Impression Interactive, Jeffrey Giles, and Dale Brown, hereby move this Court to dismiss the complaint filed by proposed class action counsel on behalf of proposed class representative Robin Black ("Black"), (Docket Entry # 1), pursuant to Fed. R. Civ. P. 12(b)(1), for failure to plausibly plead the existence of a case or controversy pursuant to Article III of the Constitution, pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction over Mr. Giles, and pursuant to Fed. R. Civ. P. 12(b)(6) for failure to plausibly plead a cause of action against Messrs. Giles and Brown personally. In the alternative, Defendants ask this Court, pursuant to its inherent powers, to stay the case while the parties address the narrow issue of "prior express written consent" in summary judgment. The bases for this motion are detailed in the Memorandum submitted concurrently herewith.

After conferring with Plaintiff, Defendants understand that Plaintiff intends to oppose this motion. Plaintiff has asked for 28 days to respond to this Motion and agreed to 14-day reply period for Defendants. Defendants consent to Plaintiff's proposed briefing schedule.

Respectfully submitted,

Dated: September 20, 2021        */s/ Jacob D. Koering*

Jacob D. Koering (Illinois Bar No. 06275292)
koering@millercanfield.com
MILLER, CANFIELD, PADDOCK AND STONE, PLC
225 West Washington Street, Suite 2600
Chicago, IL 60606
(312) 460-4200
*Attorneys for Defendants Jeffrey Giles, and Dale Brown*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Motion to Dismiss or, in the Alternative, to Stay and Set a Briefing Schedule for Summary Judgment, was served upon:

>Max S. Morgan
>The Weitz Firm, LLC
>1528 Walnut Street
>4th Floor
>Philadelphia, PA 19102
>Email: max.morgan@theweitzfirm.com
>
>Jeffrey Daniel Blake
>Thomas A. Zimmerman, Jr.
>Zimmerman Law Offices, P.C.
>77 West Washington Street
>Suite 1220
>Chicago, Illinois 60602
>Emails: jeff@attorneyzim.com
>            tom@attorneyzim.com

by the Court's automated e-filing service on the 20th day of September, 2021.

>*/s/Jacob D. Koering*
>Jacob D. Koering

[X] Under penalties as provided by law pursuant to Ill.Rev.Stat., Ch. 110, Sec. 1-109, I certify that the statements set forth herein are true and correct.

38157567.1/159088.00003