# Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ROBIN BLACK**, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:21-cv-03745 |
| v. | Honorable Thomas M. Durkin |
| **FIRST IMPRESSION INTERACTIVE, INC.; JEFFREY GILES; and DALE BROWN**, | Magistrate Judge Shiela M. Finnegan |
| Defendant. | |

## DECLARATION OF JEFFREY GILES IN SUPPORT OF DEFENDANTS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY AND SET A BRIEFING SCHEDULE FOR SUMMARY JUDGMENT

I, Jeffrey Giles, declare as follows:

1. Before it was dissolved in May 2021, I served as the president of the named corporate defendant in this case, First Impression Interactive. I am providing this declaration in support of Defendants' motion to dismiss the Complaint.

2. First Impression was a lead-generation and marketing company. The company developed marketing leads for third-party companies. While I worked at the company, in my role as President, I did not and would not have been able to oversee and supervise every lead-generation marketing campaign.

3. The Chief Operating Officer of First Impression was Dale Brown. Like me, Mr. Brown was engaged with the business of First Impressions, but was far too busy with his COO duties to oversee and supervise every lead-generation marketing campaign.

2

4. I became aware of First Impression's relationship with the plaintiff in the case, Ms. Robin Black, after the complaint was filed on July 14, 2021.

5. In response to the complaint, I reviewed information from First Impression to determine if we may have communicated with Ms. Black.

6. In reviewing our records, I found that information indicating that Ms. Black created a profile with First Impressions on or about December 20, 2020, through one of our company websites, youremployment.com.

7. As part of our sign-up process, Ms. Black agreed to two separate but related consents. First, using a click-through agreement, Ms. Black agreed to the following language (the bolded language is from the original):

> I acknowledge that by submitting this form, I may be contacted by phone, at the number provided above, including my wireless number if provided, by a representative of Program Advisors, YourDegree, Edu Matcher, YourEmployment, OfferDrop, Drive4Cash, Debt Finance Corp., Grand Caribbean Cruises, VacationSellout, Insurance Advisor, Allstate, Complete Car Warranty, Benefit Advisors, Degree Search, and LivingSenior for promotional offers, career alerts and/or job openings. I understand I may be contacted by email, prerecorded messages, ringless voicemails, SMS and/or through the use of an automated dialer. I understand that my consent to be contacted is not a condition for registration, and I may withdraw my consent at any time. Provide a mobile number to receive **recurring** YourEmployment jobs, updates and reminder messages from shortcode or longcode. **Msg&DataRatesMayApply**. Reply HELP for help, STOP to cancel. Recurring msgs up to 9 msgs per month. For Mobile Program Terms&Condition/Privacy Policy apply.

8. Second, Ms. Black selected a topic of possible interest for education information from a drop-down menu, such as shown below, and then clicked "Agree & Continue":



3

9. I know Ms. Black agreed to both consents because the only way her name and information would have appeared in our database is if she accepted both consent forms by clicking the appropriate "Accept & Continue" buttons. And the information I obtained from our database shows that Ms. Black filled out these forms in full, providing her first name, last name, email address, city of residence, zip code, and an identification of an educational subject area. In December of 2020, for example, Ms. Black stated she was interested in "tech" education information.

10. Ms. Black submitted a second form in January of 2021, providing the exact same information, but a new email address. Again, Ms. Black clicked through and accepted the consent language listed above and picked a drop-down subject area for educational information. This time Ms. Black selected "teaching."

11. Finally, on March 5, 2021, Ms. Black submitted yet another form to First Impressions. Again, Ms. Black provided all her information along with yet another email address. And, again, Ms. Black had to have clicked through both consent forms identified above, pressing the button that said "Agree & Continue" each time. And, again, Ms. Black said she was interested in "teaching" educational information.

12. In response to Ms. Black's submissions, First Impression sent her information limited to educational opportunities in her area of interest, specifically tech and teaching. While each of the communications from First Impressions included an opt-out option, Ms. Black never responded to the communication asking to be removed from further communications.

5

Personal Allegations

13. I understand that the complaint in this case asserts that I am "domiciled" in Illinois. This statement is not true. I live in California. While I had some business interests in Illinois, I now live and work solely in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: September 20, 2021                    */s/ Jeffrey Giles*
                                             Jeffrey Giles