# EXHIBIT

# 1

| From: | Max Morgan <max.morgan@theweitzfirm.com> |
|---|---|
| Sent: | Monday, June 12, 2023 8:16 AM |
| To: | Houck, Cara M. |
| Cc: | Thomas A Zimmerman Jr; Jeff Blake; Eric H. Weitz; Koering, Jacob D.; David J. Kaminski |
| Subject: | RE: Black v. First Impression Interactive |

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Cara:

How is 3:30pm EST today?

---

**From:** Houck, Cara M. <Houck@MillerCanfield.com>
**Sent:** Friday, June 9, 2023 3:39 PM
**To:** Max Morgan <max.morgan@theweitzfirm.com>
**Cc:** Thomas A Zimmerman Jr <tom@attorneyzim.com>; Jeff Blake <jeff@attorneyzim.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Koering, Jacob D. <Koering@millercanfield.com>; David J. Kaminski <kaminskid@cmtlaw.com>
**Subject:** RE: Black v. First Impression Interactive

Our Request for Inspection gives you a specific timeframe from January 1, 2020 to December 31, 2021 to search the list of terms in Exhibit B attached to our Request. Even the judge mentioned that would be the timeframe. She also asked you to find out from your client which devices (whether or not they belonged to her family members or not) that she used during that time frame. Those will be the devices that will be searched.  <u>Under no circumstances</u> will we agree to the two or three "dates identified" in our discovery responses. We also do not agree with you have *ex parte* communications with the inspector without our being present telephonically or otherwise. Moreover, any instructions to them will be in writing signed by both parties. If you have a problem with these issues, we can discuss them with the judge next week. Thank you

I am at a conference Monday but will step out to speak with you. If I am not available, Jake can do so. Let me know what time works.

Cara M. Houck | Principal
**Miller Canfield**
**T** +1.312.460.4239 | **F** +1.312.460.4201 | **M** +1.630.202.1249

---

**From:** Max Morgan <max.morgan@theweitzfirm.com>
**Sent:** Friday, June 9, 2023 12:44 PM
**To:** Houck, Cara M. <Houck@MillerCanfield.com>
**Cc:** Thomas A Zimmerman Jr <tom@attorneyzim.com>; Jeff Blake <jeff@attorneyzim.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Koering, Jacob D. <Koering@millercanfield.com>
**Subject:** Black v. First Impression Interactive

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Cara:

In accordance with the Court's June 7, 2023 Order, we are writing to advise you that we will retain a vendor to conduct an inspection of Ms. Black's telephone and computer to determine if she visited the website youremployment.com and entered the information shown in Defendant's purported consent documents on the dates identified by those documents and to determine whether she used the email addresses identified on Defendant's purported consent documents.

We are still working to identify and select a vendor. Are you available on Monday to discuss the inspection protocol?

Regards,

Max



Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, Pennsylvania  19102
O: 267-587-6240
D: 484-838-7227
F: 215-689-0875
max.morgan@theweitzfirm.com
www.theweitzfirm.com

You have received a message from the law firm Miller Canfield. The information contained in or attached to this electronic mail may be privileged and/or confidential. If you received this transmission and are not the intended recipient, you should not read this message and are hereby notified that any dissemination, distribution or copying of this communication and/or its attachments is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and delete or destroy the original and any copies, electronic, paper or otherwise, that you may have of this communication and any attachments.