**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Robin Black

Plaintiff,

v.

Case No.: 1:21−cv−03745
Honorable Lindsay C. Jenkins

First Impression Interactive, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 15, 2023:

MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge motion hearing held on 6/15/2023 and continued to 6/28/2023 at 3 p.m. regarding both the Renewed Motion by FII Defendants to Compel Inspection of Plaintiff Robin Black's Electronic Devices [106], and the issues raised in the parties' JSR [107]. Today's hearing was held in person with certain counsel participating by telephone. For reasons stated on the record, the motion [106] is granted in part, denied in part, and taken under advisement in part, and certain disputed issues in the JSR [107] are resolved, as follows: (1) By 6/23/2023, Plaintiff shall provide to defense counsel a sworn declaration (i) identifying with specificity all electronic devices that she used during 2020 and 2021, and any devices and cloud storage (e.g., icloud) within her possession, custody, or control that contain information and data from that period; (ii) representing that the above list is complete and correct; and (iii) stating that she did not cause the deletion of data or change settings on her devices to prevent a search (the FII Defendants may propose specific language on this issue to Plaintiff's counsel but must do so by 6/16/2023 after which the parties are to confer if necessary); (2) The inspection protocol for the devices shall (i) cover the period from January 1, 2020 to December 31, 2021; (ii) include the search terms numbered 1−10 and 13 from the FII Defendants' proposed list of terms (Doc. 93−4, at 8 (Exhibit B)); (iii) possibly include the search terms numbered 11 and 14−16 and the term "candydir.com" (now called term 17) to be decided by the Court at the 6/28/2023 status hearing; (3) By 6/23/2023, the FII Defendants shall file a sworn declaration providing more information about the relevance of search terms 11 and 14−17, including the relevance of those websites to this case, their connection to the FII Defendants, and the basis for asserting that Plaintiff visited these sites for the purpose of filing TCPA lawsuits. Plaintiff may file a response to this declaration by 3:00 p.m. on 6/27/2023 or may respond orally during the 6/28/2023 hearing. (4) Plaintiff shall report at the 6/28/2023 hearing as to how long her vendor's inspection is expected to take assuming search terms 11 and 14−17 are included. As soon as feasible, Plaintiff is to provide the Defendants with the vendor's complete and final protocol. Any disputes regarding the protocol must be resolved by the Court before the inspection begins. (6) Regarding certain disputes over the FII Defendants' responses to Plaintiff's document requests described in the JSR, the FII Defendants shall provide to Plaintiff by 6/27/2023 a sworn declaration affirming −− as to responses stating that the FII defendants have completed their production (if any) −− that a reasonable inquiry and

diligent search was made to identify and produce responsive documents in the defendants' possession, custody, or control. At Plaintiff's request and without objection, the declaration is also to describe the searches that were done (as Plaintiff's counsel elected to do during the hearing in relation to one of the document requests). As to the remaining responses in dispute, the parties shall confer, and to the extent the FII Defendants' search efforts are ongoing, their counsel shall be prepared at the 6/28/2023 hearing to propose a final deadline to complete these searches and to generally describe what remains to be done to do so. As noted during the hearing, the parties will be informed prior to 6/28/2023 whether the hearing on that date will be in person or by videoconference. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.